IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JEWELL STOUT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00462 SWW |
| | * | |
| JUDGE EVANS, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

The complaint in this matter was filed on June 6, 2011. The case file does not reflect that plaintiff has served the defendants with process, therefore, failing to meet the requirements under Federal Rules of Civil Procedure 4(l) requiring proof of service upon defendant and 4(m) requiring a 120-day limit for service.[1]

IT IS THEREFORE ORDERED that plaintiff provide proof of service within seven (7) days from the date of entry of this Order. Failure to do so will result in dismissal of this action.

DATED this 9th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court entered an Order on August 24, 2011, directing plaintiff, who is proceeding *pro se*, to be familiar and comply with the Federal Rules of Civil Procedure and the Local Rules of the Court. The record reflects plaintiff received a copy of that Order on September 6, 2011, by certified mail. *See* docket entries 18 & 21.