IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JEWELL STOUT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00462 SWW |
| | * | |
| JUDGE EVANS, ET AL., | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint is dismissed with prejudice.

DATED this 29th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE